

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jose Louis Sanchez, Jr.,                    * From the 42nd District Court
                                              of Taylor County,
                                              Trial Court No. 27345A.

Vs. No. 11-22-00038-CR                       * March 24, 2022

The State of Texas,                          * Per Curiam Memorandum Opinion
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.